UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq.
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on December 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Thomas & Adriana McCabe

Case No.: 19-32377

Chapter: 13

Hearing Date:

Judge: ABA

## ORDER

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: December 23, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Thomas & Adriana McCabe

Case No.: 19-32377

Order Extending Automatic Stay

THIS MATTER having been opened to the Court upon Notice of Motion of Thomas E. Dowey, Esquire, Attorney for Debtors, Thomas & Adriana McCabe and Chapter 13 Trustee, Isabel Balboa, Esquire and all creditors, having been provided Notice, and the Court having read and considered the papers submitted, no cause being shown to the contrary, and for good cause demonstrated;

IT IS ORDERED as follows:

1. The automatic stay as to all creditors of the Chapter 13 case of Thomas & Adriana McCabe, Case No.: 19-32377, is hereby EXTENDED pursuant to sections 362(c)(3)(B) and 105(a) to all creditors.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-32377-ABA
Thomas P McCabe                                                       Chapter 13
Adriana M McCabe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1              Date Rcvd: Dec 23, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
db/jdb         +Thomas P McCabe,    Adriana M McCabe,    3104 Sunset Ave.,    Williamstown, NJ 08094-4337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Thomas E. Dowey    on behalf of Debtor Thomas P McCabe tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor Adriana M McCabe tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4