| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Thomas P McCabe<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1765<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Adriana M McCabe<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1338<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of New Jersey | | Date case filed for chapter:   13    11/29/19 |
| Case number: 19–32377–ABA | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas P McCabe | Adriana M McCabe |
| 2. | **All other names used in the last 8 years** | aka Thomas McCabe Jr. | aka Adriana Barbarano |
| 3. | **Address** | 3104 Sunset Ave.<br>Williamstown, NJ 08094 | 3104 Sunset Ave.<br>Williamstown, NJ 08094 |
| 4. | **Debtor's attorney**<br>Name and address | Thomas E. Dowey<br>Law Office of Thomas Dowey<br>1423 Tilton Road<br>Suite 8<br>Northfield, NJ 08225 | Contact phone 609–646–6200<br>Email: tdesquire@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 – Suite 580<br>Cherry Hill, NJ 08002 | Contact phone (856) 663–5002<br>www.standingtrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 856–361–2300<br>Date: 3/18/20 |
| | THIS IS AN AMENDED NOTICE BECAUSE THE DEBTOR HAS FILED EITHER AN AMENDMENT TO THE PETITION OR TO THE STATEMENT ABOUT DEBTOR'S SOCIAL SECURITY NUMBER | | |

**For more information, see page 2**

Official Form 309I  **Notice of Chapter 13 Bankruptcy Case**  page 1

Debtor **Thomas P McCabe** and **Adriana M McCabe**                                                                                     Case number **19–32377–ABA**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 10, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>1423 Tilton Road, Suite 5, Northfield, NJ 08225 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/19/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/19/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/25/20** at **10:00 AM** , Location: **Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-32377-ABA
Thomas P McCabe                                                         Chapter 13
Adriana M McCabe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Mar 18, 2020
                              Form ID: 309I            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
```
db/jdb         +Thomas P McCabe,    Adriana M McCabe,    3104 Sunset Ave.,    Williamstown, NJ 08094-4337
518673699      +Ally Capital,    Law Offices of John R. Morton, Jr.,    110 Marter Ave., Suite 301,
                 Moorestown, NJ 08057-3124
518593603     ++CORTRUST BANK,    PO BOX 7030,    MITCHELL SD 57301-7030
               (address filed with court:  CorTrust Bank NA,    P O Box 7010,    Mitchell, SD 57301)
518679906      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
518636811      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518593613      +KML Law Group, PC,    216 Haddon Ave , Suite 406,    Westmont, NJ 08108-2812
518593611       Kia Motors,    P.O. Box 20609,    Fountain Valley, CA 92728
518593612      +Kia Motors Finance,    Attn: Bankruptcy Dept,    P.O. Box 20809,    Fountain Valley, CA 92728-0809
518674901      +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
518702027      +Mortgage Research Center, LLC,    d/b/a Veterans United Home Loans et.al,    c/o Cenlar FSB,
                 425 Phillips Boulevard,    Ewing, NJ 08618-1430
518636990       Mortgage Research Center, LLC,    d/b/a Veterans United Home Loans,    KML Law Group PC,
                 Sentry Office Plaza,    216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518593617      +Veterans United Home Loans,    1400 Veterans United Drive,    Columbia, MO 65203-3005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: tdesquire@hotmail.com Mar 19 2020 01:06:27     Thomas E. Dowey,
                 Law Office of Thomas Dowey,    1423 Tilton Road,    Suite 8,    Northfield, NJ  08225
tr             +E-mail/Text: pmarraffa@standingtrustee.com Mar 19 2020 01:06:42      Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 01:07:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 01:07:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518636492       EDI: GMACFS.COM Mar 19 2020 04:33:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518593596      +EDI: GMACFS.COM Mar 19 2020 04:33:00      Ally Financial,    6985 Union Park Center,
                 Midvale, UT 84047-6076
518593597      +E-mail/Text: bk@avant.com Mar 19 2020 01:07:56      Avant Inc.,    PO Box 9183380,
                 Chicago, IL 60691-3380
518593598       EDI: BANKAMER.COM Mar 19 2020 04:33:00      Bank of America,    P.O. Box 982234,
                 El Paso, TX 79998
518593599       E-mail/Text: bankruptcy@bbandt.com Mar 19 2020 01:07:01      BB&T,    P.O. Box 1847,
                 Wilson, NC 27894
518593600      +EDI: CAPITALONE.COM Mar 19 2020 04:33:00      Capital One,    PO Box 6492,
                 Carol Stream, IL 60197-6492
518647826      +EDI: AIS.COM Mar 19 2020 04:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518593601      +EDI: WFNNB.COM Mar 19 2020 04:33:00      Comenity Bank,    Bankruptcy Dept.,    P.O. Box 183043,
                 Columbus, OH 43218-3043
518593602      +EDI: WFNNB.COM Mar 19 2020 04:33:00      Comenity Bank / Eddie Bauer,    Bankruptcy Dept.,
                 P.O. Box 183043,    Columbus, OH 43218-3043
518593604      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 01:05:31      Credit One Bank,
                 P.O. Box 60500,    City of Industry, CA 91716-0500
518593606       EDI: DISCOVER.COM Mar 19 2020 04:33:00      Discover Financial Services,    P.O. Box 15316,
                 Wilmington, DE 19850
518593607      +EDI: AMINFOFP.COM Mar 19 2020 04:33:00      First Premier Bank,    P.O. Box 5524,
                 Sioux Falls, SD 57117-5524
518687965       EDI: JEFFERSONCAP.COM Mar 19 2020 04:33:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518593609      +EDI: CAUT.COM Mar 19 2020 04:33:00      JP Morgan Chase Bank,    PO Box 29505,
                 Phoenix, AZ 85038-9505
518593610       E-mail/Text: BKRMailOPS@weltman.com Mar 19 2020 01:07:07      Kay Jewelers,    P O Box 740425,
                 Cincinnati, OH 45274-0425
518693742       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 01:05:07      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518621312       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 01:05:50      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518593614      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 19 2020 01:05:20      Merrick Bank,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
518678322      +EDI: JEFFERSONCAP.COM Mar 19 2020 04:33:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518593615      +EDI: RMSC.COM Mar 19 2020 04:33:00      Synchrony Bank,    ATTN: Bankruptcy Dept.,
                 P.O. Box 965064,    Orlando, FL 32896-5064
518595651      +EDI: RMSC.COM Mar 19 2020 04:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Mar 18, 2020
                               Form ID: 309I            Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518593616      +EDI: RMSC.COM Mar 19 2020 04:33:00      Synchrony Bank / Amazon,    P O Box 960013,
                Orlando, FL 32896-0013
518593618      +EDI: BLUESTEM Mar 19 2020 04:33:00      Webb Bank/ Fingerhut,    6250 Ridgewood ROA,
                Saint Cloud, MN 56303-0820
                                                                                             TOTAL: 27

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518593605*     +Credit One Bank,    P.O. Box 60500,   City of Industry, CA 91716-0500
518593608*     +First Premier Bank,    P.O. Box 5524,   Sioux Falls, SD 57117-5524
                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Thomas E. Dowey    on behalf of Debtor Thomas P McCabe tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor Adriana M McCabe tdesquire@hotmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```