Form oavolssn − oavolssnv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−32377−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas P McCabe | Adriana M McCabe |
| aka Thomas McCabe Jr. | aka Adriana Barbarano |
| 3104 Sunset Ave. | 3104 Sunset Ave. |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
  xxx−xx−1765                                          xxx−xx−1338

Employer's Tax I.D. No.:

---

**ORDER RESPECTING
AMENDMENT TO VOLUNTARY PETITION AND/OR
STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS**

    The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on March 17, 2020, and for good cause shown, it is

    ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

    1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

    2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

    3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: March 18, 2020
JAN: jpl

                                                      Andrew B. Altenburg Jr.
                                                      United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas P McCabe  
Adriana M McCabe  
    Debtors

Case No. 19-32377-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Mar 18, 2020  
                    Form ID: oavolssn   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.  
db/jdb        +Thomas P McCabe,   Adriana M McCabe,   3104 Sunset Ave.,   Williamstown, NJ 08094-4337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 01:07:26      United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235  
                                                  TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Thomas E. Dowey    on behalf of Debtor Thomas P McCabe tdesquire@hotmail.com  
        Thomas E. Dowey    on behalf of Joint Debtor Adriana M McCabe tdesquire@hotmail.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                            TOTAL: 6