Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32377−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas P McCabe
aka Thomas McCabe Jr.
3104 Sunset Ave.
Williamstown, NJ 08094

Adriana M McCabe
aka Adriana Barbarano
3104 Sunset Ave.
Williamstown, NJ 08094

Social Security No.:
xxx−xx−1765

xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 19, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 19, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas P McCabe  
Adriana M McCabe  
    Debtor(s)

Case No. 19-32377-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: 148 | Total Noticed: 43 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas P McCabe, Adriana M McCabe, 3104 Sunset Ave., Williamstown, NJ 08094-4337 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518673699 | + | Ally Capital, Law Offices of John R. Morton, Jr., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 518593603 | ++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030 address filed with court:, CorTrust Bank NA, P O Box 7010, Mitchell, SD 57301 |
| 518917275 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518917276 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive Fishers, IN 46037-9764 |
| 518906951 | + | Hyundai Lease Titling Trust, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518679906 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518636811 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518593613 | #+ | KML Law Group, PC, 216 Haddon Ave , Suite 406, Westmont, NJ 08108-2812 |
| 518593611 | | Kia Motors, P.O. Box 20609, Fountain Valley, CA 92728 |
| 518593612 | + | Kia Motors Finance, Attn: Bankruptcy Dept, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 518674901 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518702027 | + | Mortgage Research Center, LLC, d/b/a Veterans United Home Loans et.al, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 518636990 | | Mortgage Research Center, LLC, d/b/a Veterans United Home Loans, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206 Westmont, NJ 08108 |
| 518906950 | + | Morton & Craig, LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 518593617 | + | Veterans United Home Loans, 1400 Veterans United Drive, Columbia, MO 65203-3005 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Oct 20 2020 01:23:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 518636492 | | EDI: GMACFS.COM | Oct 20 2020 01:23:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518593596 | + | EDI: GMACFS.COM | Oct 20 2020 01:23:00 | Ally Financial, 6985 Union Park Center, Midvale, UT 84047-6076 |
| 518593597 | + | Email/Text: bk@avant.com | Oct 19 2020 21:51:00 | Avant Inc., PO Box 9183380, Chicago, IL 60691-3380 |
| 518593598 | | EDI: BANKAMER.COM | | |

Case 19-32377-ABA    Doc 47    Filed 10/21/20    Entered 10/22/20 00:40:28    Desc Imaged
                           Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 148 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 20 2020 01:23:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 518593599 | | Email/Text: bankruptcy@bbandt.com | Oct 19 2020 21:50:00 | BB&T, P.O. Box 1847, Wilson, NC 27894 |
| 518593600 | + | EDI: CAPITALONE.COM | Oct 20 2020 01:23:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518647826 | + | EDI: AIS.COM | Oct 20 2020 01:23:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518593601 | + | EDI: WFNNB.COM | Oct 20 2020 01:23:00 | Comenity Bank, Bankruptcy Dept., P.O. Box 183043, Columbus, OH 43218-3043 |
| 518593602 | + | EDI: WFNNB.COM | Oct 20 2020 01:23:00 | Comenity Bank / Eddie Bauer, Bankruptcy Dept., P.O. Box 183043, Columbus, OH 43218-3043 |
| 518593604 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2020 21:57:54 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 518593606 | | EDI: DISCOVER.COM | Oct 20 2020 01:23:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 518593607 | + | EDI: AMINFOFP.COM | Oct 20 2020 01:23:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 518687965 | | EDI: JEFFERSONCAP.COM | Oct 20 2020 01:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518593609 | + | EDI: CAUT.COM | Oct 20 2020 01:23:00 | JP Morgan Chase Bank, PO Box 29505, Phoenix, AZ 85038-9505 |
| 518593610 | + | Email/Text: BKRMailOPS@weltman.com | Oct 19 2020 21:50:00 | Kay Jewelers, P O Box 740425, Cincinnati, OH 45274-0425 |
| 518693742 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2020 21:59:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518621312 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2020 21:58:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518593614 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2020 21:59:14 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 518678322 | + | EDI: JEFFERSONCAP.COM | Oct 20 2020 01:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518593615 | + | EDI: RMSC.COM | Oct 20 2020 01:23:00 | Synchrony Bank, ATTN: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 518595651 | + | EDI: RMSC.COM | Oct 20 2020 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518593616 | + | EDI: RMSC.COM | Oct 20 2020 01:23:00 | Synchrony Bank / Amazon, P O Box 960013, Orlando, FL 32896-0013 |
| 518593618 | + | EDI: BLUESTEM | Oct 20 2020 01:23:00 | Webb Bank/ Fingerhut, 6250 Ridgewood ROA, Saint Cloud, MN 56303-0820 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518593605 | *+ | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 518593608 | *+ | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| jdb | *+ | Adriana M McCabe, 3104 Sunset Ave., Williamstown, NJ 08094-4337 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Thomas E. Dowey | on behalf of Debtor Thomas P McCabe tdesquire@hotmail.com |
| Thomas E. Dowey | on behalf of Joint Debtor Adriana M McCabe tdesquire@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor HYUNDAI LEASE TITLING TRUST mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 9