UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on October 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas P & Adriana M McCabe

Case No.: 19-32377

Chapter: 13

Judge: Altenburg

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 23, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of  Debtors                                                              for a reduction of time for a hearing on  Motion to Vacate Order of Dismissal                                              under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  Monday, November 2, 2020   at  10 am   in the United States Bankruptcy Court,  401 Market Street, Camden, NJ 08101                          , Courtroom No.  4B     .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  Trustee, any secured creditors and their counsel                                                                                  

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:  all remaining creditors                                                                                  

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Trustee, secured creditor and their counsel                  

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 19-32377-ABA
Thomas P McCabe                                                                 Chapter 13
Adriana M McCabe
         Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                                                     Page 1 of 2
Date Rcvd: Oct 23, 2020               Form ID: pdf903                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

**Recip ID           Recipient Name and Address**
db/jdb         +    Thomas P McCabe, Adriana M McCabe, 3104 Sunset Ave., Williamstown, NJ 08094-4337

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason   Name and Address**
jdb             *+              Adriana M McCabe, 3104 Sunset Ave., Williamstown, NJ 08094-4337

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

**Name                      Email Address**
Denise E. Carlon
                            on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
                            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                            ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                            on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
                            on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 1

John R. Morton, Jr.
    on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Thomas E. Dowey
    on behalf of Debtor Thomas P McCabe tdesquire@hotmail.com

Thomas E. Dowey
    on behalf of Joint Debtor Adriana M McCabe tdesquire@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST mortoncraigecf@gmail.com mortoncraigecf@gmail.com

TOTAL: 9