UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Thomas Dowey, Esq,
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

In Re:

Thomas & Adriana McCabe

Case No.: __19-32377__

Chapter: 13

Hearing Date: __1/19/2021__

Judge: __ABA__

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Thomas Dowey__ ,

   ☒ am the attorney for: __the debtors__

   ☐ am self-represented

   Phone number: 609-646-6200

   Email address: tdesquire@hotmail.com

2. I request an adjournment of the following hearing:

   Matter: __Motion for Relief from stay__

   Current hearing date and time: __1/19/21 @ 10:00 AM__

   New date requested: __2/16/2021__

   Reason for adjournment request: __Need time to get mortgage co approval for settlement__

3.  I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): I have received consent from the opposing counsel.

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 1/18/21                                           /S/ Thomas Dowey, Esq
                                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 2/16 21 at 10            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2