Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32377−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas P McCabe | Adriana M McCabe |
| aka Thomas McCabe Jr. | aka Adriana Barbarano |
| 3104 Sunset Ave. | 3104 Sunset Ave. |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
  xxx−xx−1765                               xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 10/26/21 at 10:00 AM

to consider and act upon the following:

*68* − opposition in Opposition to Stay Relief (related document:67 Creditor's Certification of Default (related document:63 Order on Motion For Relief From Stay) filed by Ashley Pascuzzi on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 10/8/2021. (Attachments: # 1 Exhibit Consent Order # 2 Exhibit Certification of Creditor Regarding Post−Petition Payment History # 3 Certification of Participant Regarding Certification Non−Payment # 4 Exhibit Proposed Order # 5 Certificate of Service) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Thomas E. Dowey on behalf of Adriana M McCabe, Thomas P McCabe. (Dowey, Thomas)

Dated: 10/4/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court