Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32377−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas P McCabe | Adriana M McCabe |
| aka Thomas McCabe Jr. | aka Adriana Barbarano |
| 3104 Sunset Ave. | 3104 Sunset Ave. |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
   xxx−xx−1765                              xxx−xx−1338

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 10/26/21 at 10:00 AM

to consider and act upon the following:

*68* − opposition in Opposition to Stay Relief (related document:67 Creditor's Certification of Default (related document:63 Order on Motion For Relief From Stay) filed by Ashley Pascuzzi on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 10/8/2021. (Attachments: # 1 Exhibit Consent Order # 2 Exhibit Certification of Creditor Regarding Post−Petition Payment History # 3 Certification of Participant Regarding Certification Non−Payment # 4 Exhibit Proposed Order # 5 Certificate of Service) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Thomas E. Dowey on behalf of Adriana M McCabe, Thomas P McCabe. (Dowey, Thomas)

Dated: 10/4/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-32377-ABA

Thomas P McCabe  Chapter 13

Adriana M McCabe

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Oct 04, 2021  Form ID: ntchrgbk  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas P McCabe, Adriana M McCabe, 3104 Sunset Ave., Williamstown, NJ 08094-4337 |
| cr | + | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:**

**Name**       **Email Address**

Ashley Pascuzzi
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION ashleypascuzzi@gmail.com

Denise E. Carlon
     on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.

District/off: 0312-1                                  User: admin                                              Page 2 of 2
Date Rcvd: Oct 04, 2021                         Form ID: ntchrgbk                                      Total Noticed: 2

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Lynn Therese Nolan | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ecfnotices@grosspolowy.com lnolan@grosspolowy.com |
| Thomas E. Dowey | on behalf of Debtor Thomas P McCabe tdesquire@hotmail.com |
| Thomas E. Dowey | on behalf of Joint Debtor Adriana M McCabe tdesquire@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor HYUNDAI LEASE TITLING TRUST mortoncraigecf@gmail.com mortoncraigecf@gmail.com |

TOTAL: 11