| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor Freedom Mortgage Corporation | |
| In Re:<br><br>THOMAS P MCCABE AKA THOMAS MCCABE, JR.<br>ADRIANA M MCCABE AKA ADRIANA BARBARANO<br><br>Debtor(s). | Case No.: 19-32377-aba<br><br>Hearing Date: October 26, 2021<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Cheryl C. Montante:

   ☐ represent the Freedom Mortgage Corporation in the above-captioned matter.

   ☒ am the secretary/ paralegal for Gross Polowy, LLC, who represents Freedom Mortgage Corporation, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself

2. On October 7, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Reply to Attorney's Response to Creditor's Certification of Default

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 7, 2021

Cheryl C. Montante

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas P McCabe AKA<br>Thomas McCabe, Jr.<br>3104 Sunset Ave.<br>Williamstown, NJ 08094 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Adriana M McCabe AKA<br>Adriana Barbarano<br>3104 Sunset Ave.<br>Williamstown, NJ 08094 | Debtor | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Thomas E. Dowey<br>1423 Tilton Road Suite 8<br>Northfield, NJ 08225 | Debtor Attorney | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |

| U.S. Trustee<br>US Dept of Justice,<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court) |
|---|---|---|