| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor Freedom Mortgage Corporation |

| In Re: | Case No.: 19-32377-aba |
|---|---|
| THOMAS P MCCABE AKA THOMAS MCCABE, JR.<br>ADRIANA M MCCABE AKA ADRIANA BARBARANO<br><br>Debtor(s). | Hearing Date: October 26, 2021<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Ashley M Pascuzzi,

    ☒    am the attorney for: Freedom Mortgage Corporation,

    ☐    am self represented,

    Phone Number: 716-362-8088

    Email address: apascuzzi@grosspolowy.com

2. I request an adjournment of the following hearing:

    Matter: Freedom Mortgage Corporation vs. Thomas P McCabe aka Thomas McCabe, Jr. and Adriana M McCabe aka Adriana Barbarano - Creditor's Certification of Default

    Current hearing date and time: October 26, 2021, 10:00AM

    New date requested: November 9, 2021, 10:00 am

    Reason for adjournment request: To allow ample time for funds sent from Debtor to be received and applied to account.

3. Consent to adjournment:

☒ I have the consent of all parties.  ☐ I do not have the consent of all parties.

I certify under penalty of perjury that the foregoing is true.

DATED: October 21, 2021                                Freedom Mortgage Corporation

/s/ Ashley M Pascuzzi
Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-Mail: apascuzzi@grosspolowy.com

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: November 9, 2021 @ 10 am        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**