| |
|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Ashley M Pascuzzi, Esq. - 272502018<br>GROSS POLOWY, LLC<br>Formed in the State of Delaware<br>2500 Plaza 5, Suite 2548<br>Jersey City, NJ 07311<br>(716) 204-1700<br>E-mail: apascuzzi@grosspolowy.com<br>Attorneys for Creditor Freedom Mortgage Corporation |

| In Re:<br><br>THOMAS P MCCABE  AKA THOMAS MCCABE, JR.<br>ADRIANA M MCCABE  AKA ADRIANA BARBARANO<br><br>Debtor(s). | Case No.: 19-32377-aba<br><br>Hearing Date: November 9, 2021<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |
|---|---|

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Creditor's Certification of Default

DATED: November 22, 2021

Freedom Mortgage Corporation

/s/ Ashley M Pascuzzi

Ashley M Pascuzzi, Esq. - 272502018
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716) 204-1700
E-Mail: apascuzzi@grosspolowy.com

*rev.8/1/15*