Thomas E. Dowey, Esquire
2312 New Road, Suite 103
Northfield, N.J. 08225
(609) 646-6200
Attorney for Debtors

IN RE: Thomas P. McCabe
       Adriana M. McCabe

         Debtor

: UNITED STATES BANKRUPTCY COURT FOR
: DISTRICT OF NEW JERSEY
:
: BANKRUPTCY NO: 19-32377
:
: **SUBSTITUTION OF ATTORNEY**

The undersigned hereby consents to the substitution of Terry Tucker, Esquire as Attorney for the Debtors, Thomas P. & Adriana M. McCabe in the above bankruptcy case

Dated: 06/25/22

Terry Tucker, Esquire

_____
Terry Tucker, Esquire
Superseding Attorney

Thomas E. Dowey, Esquire

_____
Thomas E. Dowey, Esq.
Withdrawing Attorney

_____
Debtor Thomas P. McCabe

_____
Co-Debtor Adriana M. McCabe