Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 19−32377−ABA  
Chapter: 13  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas P McCabe  
aka Thomas McCabe Jr.  
3104 Sunset Ave.  
Williamstown, NJ 08094

Adriana M McCabe  
aka Adriana Barbarano  
3104 Sunset Ave.  
Williamstown, NJ 08094

Social Security No.:  
xxx−xx−1765  
xxx−xx−1338

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 11/18/22 at 09:00 AM

to consider and act upon the following:

*81* − in Opposition to (related document:80 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/2/2022. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Terry Tucker on behalf of Adriana M McCabe, Thomas P McCabe. (Tucker, Terry)

Dated: 10/20/22

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court