UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------X

|  |  |
|---|---|
| IN RE: | :    CASE NO.: 19-32377-ABA |
|  | :    CHAPTER: 13 |
| Thomas P McCabe | : |
| aka Thomas McCabe, Jr., | :    **NOTICE OF APPEARANCE** |
| Adriana M McCabe | : |
| aka Adriana Barbarano, | :    HON. JUDGE.: Andrew B. Altenburg Jr. |
|  | : |
| Debtor. | : |
|  | : |
|  | : |
|  | : |

----------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for Rushmore Loan Management
> Services, LLC
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: November  29 , 2022
         Garden City, New York

By: /s/Jason Schwartz
Jason Schwartz, Esq.
FRIEDMAN VARTOLO, LLP
Attorneys for Rushmore Loan Management
Services, LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jason Schwartz, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
P: (212) 471-5100
Rushmore Loan Management Services, LLC as
Servicer for U.S. Bank National Association,
not in its individual capacity but solely as trustee
for RMTP Trust, Series 2021 Cottage-TT-V

In Re:
Thomas P McCabe aka Thomas McCabe, Jr.
Adriana M McCabe aka Adriana Barbarano

Case No.:         ___19-32377-ABA___

Chapter:          ___13___

Adv. No.:         _____

Hearing Date:     _____

Hon. Judge:       _Andrew B. Altenburg Jr._

## CERTIFICATION OF SERVICE

1.  I, _Gloria Garcia_____ :

☐ represent _____ in the this matter.

☒ am the secretary/paralegal for _Jason Schwartz, Esq._____, who represents

_Rushmore Loan Management Service_ in the this matter.

☐ am the _____ in the this case and am representing myself.

2.    On _____Novemeber   29 , 2022_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.
- Notice of Appearance

3.    I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date:    _November   29  , 2022_____          /s/Gloria Garcia_____
                                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas P McCabe<br>aka Thomas McCabe, Jr.<br>3104 Sunset Ave.<br>Williamstown, NJ 08094<br><br>Adriana M McCabe<br>aka Adriana Barbarano<br>3104 Sunset Ave.<br>Williamstown, NJ 08094 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Terry Tucker<br>Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, NJ 08302 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |