Order Filed on April 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)
Friedman Vartolo LLP
1325 Franklin Ave, Suite 160
Garden City, New York 11530
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Secured Creditor Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V Cottage TT-V

Case No.: 19-32377-ABA

Chapter: 13

Hearing Date: March 12, 2024

Hon. Judge:
Andrew B. Altenburg Jr.

In Re:

Thomas P McCabe *aka* Thomas McCabe, Jr. &
Adriana M McCabe *aka* Adriana Barbarano
Debtor(s)

## CONSENT ORDER RESOLVING MOTION TO REINSTATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 17, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Secured Creditor: | Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V |
| Secured Creditor's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Terry Tucker, Esq. |
| Property (Collateral): | 3104 Sunset Ave, Williamstown, NJ 08094 |

For good cause shown, it is **ORDERED** that Debtor's Motion is resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:
- The Debtor is overdue for **6** months, from **October 1, 2023** to **March 1, 2024**.
- The Debtor is overdue for **6** payments at **$1,586.77** per month.
- Less fund held in debtor's suspense at **$1,142.06**

     Total Arrearages Due: **$8,378.56**

2. Cure for Post-Petition Arrearages:
- Upon execution of Order, Debtor will submit an immediate payment of **$6,800.00** to secured creditor at the following address: Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9741.
- The remaining arrears of **$1,578.56** shall be tendered no later than **May 31, 2024**.
- Beginning on **April 1, 2024**, regular monthly payments shall resume in the amount of **$1,586.77**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

    Payments:    Rushmore Servicing
    P.O. Box 619096
    Dallas, TX 75261-9741

- In the event of default:

If the Debtor fails to make regular monthly payments or the additional monthly cure payment within fourteen (14) days of the date the payments are due or fails to timely file a modified plan as specified above, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the

Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Terry Tucker, Esq.
*Attorney for Debtor*

/s/ Jason Schwartz, Esq.
Jason Schwartz, Esq.
*Attorney for Secured Creditor*