

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Friedman Vartolo LLP<br>1325 Franklin Ave, Suite 160<br>Garden City, New York 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V Cottage TT-V | Order Filed on April 17, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 19-32377-ABA<br><br>Chapter: 13<br><br>Hearing Date: March 12, 2024<br><br>Hon. Judge:<br>Andrew B. Altenburg Jr. |
| In Re:<br><br>Thomas P McCabe *aka* Thomas McCabe, Jr. &<br>Adriana M McCabe *aka* Adriana Barbarano<br>Debtor(s) | |

## CONSENT ORDER RESOLVING MOTION TO REINSTATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: April 17, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Secured Creditor: | Rushmore Servicing as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V |
| Secured Creditor's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Terry Tucker, Esq. |
| Property (Collateral): | 3104 Sunset Ave, Williamstown, NJ 08094 |

For good cause shown, it is **ORDERED** that Debtor's Motion is resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:
   - The Debtor is overdue for **6** months, from **October 1, 2023** to **March 1, 2024**.
   - The Debtor is overdue for **6** payments at **$1,586.77** per month.
   - Less fund held in debtor's suspense at **$1,142.06**
     Total Arrearages Due: **$8,378.56**

2. Cure for Post-Petition Arrearages:
   - Upon execution of Order, Debtor will submit an immediate payment of **$6,800.00** to secured creditor at the following address: Rushmore Servicing, P.O. Box 619096, Dallas, TX 75261-9741.
   - The remaining arrears of **$1,578.56** shall be tendered no later than **May 31, 2024**.
   - Beginning on **April 1, 2024**, regular monthly payments shall resume in the amount of **$1,586.77**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

   Payments:   Rushmore Servicing
   P.O. Box 619096
   Dallas, TX 75261-9741

   - In the event of default:

   If the Debtor fails to make regular monthly payments or the additional monthly cure payment within fourteen (14) days of the date the payments are due or fails to timely file a modified plan as specified above, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the

Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
Terry Tucker, Esq.  
*Attorney for Debtor*

/s/ Jason Schwartz, Esq.  
Jason Schwartz, Esq.  
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-32377-ABA
Thomas P McCabe  Chapter 13
Adriana M McCabe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Apr 17, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas P McCabe, Adriana M McCabe, 3104 Sunset Ave., Williamstown, NJ 08094-4337 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Ashley Pascuzzi | on behalf of Creditor FREEDOM MORTGAGE CORPORATION ecfnotices@grosspolowy.com |
| Denise E. Carlon | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 Cottage TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

Case 19-32377-ABA    Doc 100    Filed 04/19/24    Entered 04/20/24 00:14:35    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Jason Brett Schwartz
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

John R. Morton, Jr.
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Lynn Therese Nolan
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION LynnNolan@SilvermanGroup.net  lnolan@grosspolowy.com

Terry Tucker
    on behalf of Joint Debtor Adriana M McCabe terrytucker@comcast.net

Terry Tucker
    on behalf of Debtor Thomas P McCabe terrytucker@comcast.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 13