Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−32377−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas P McCabe | Adriana M McCabe |
| aka Thomas McCabe Jr. | aka Adriana Barbarano |
| 3104 Sunset Ave. | 3104 Sunset Ave. |
| Williamstown, NJ 08094 | Williamstown, NJ 08094 |

Social Security No.:
xxx−xx−1765                                                              xxx−xx−1338

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 10, 2025</u>          <u>Andrew B. Altenburg Jr.</u>
                                                              Judge, United States Bankruptcy Court